[No. 23940-0-II.    Division Two.    April 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST ALVIN CARTER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-04547-1, Thomas Felnagle, J., entered September 23, 1998. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 24038-6-II.    Division Two.    April 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAUNELL CURTIS BIRD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-00512-8, Waldo F. Stone, J. Pro Tem., entered December 14, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 24131-5-II.    Division Two.    April 14, 2000.]

CHRISTOPHER RUSSELL, *Appellant*, v. KITSAP COUNTY SHERIFF'S DEPARTMENT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-11472-9, Vicki L. Hogan, J., entered November 6, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 24214-1-II.    Division Two.    April 14, 2000.]

RAYMOND YOCUM, *Respondent*, v. FIBRE FEDERAL CREDIT UNION, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-2-00814-1, Don L. McCulloch, J., entered December 2, 1998. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.